**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____  Chapter __11__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **CPI Luxury Group** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **95-4494614** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **10220 Norris Ave**<br>**Pacoima, CA 91331**<br>Number, Street, City, State & ZIP Code | <br>P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Los Angeles**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **https://cpilg.com/** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

| Debtor | CPI Luxury Group | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__4239__

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

Debtor   **CPI Luxury Group**
_____   Case number (if known) _____
          Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | _____ | Relationship | _____ |
| District | _____ | When _____ | Case number, if known | _____ |

**11. Why is the case filed in this district?**

_Check all that apply:_

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (_Check all that apply._)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.   Insurance agency _____
          Contact name _____
          Phone _____

---

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds**

_Check one:_

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
■ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

☐ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Debtor    **CPI Luxury Group**
Name

☐ $50,001 - $100,000        ■ $10,000,001 - $50  million        ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million       ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million      ☐ More than $50 billion

Case number (*if known*)

| Debtor | **CPI Luxury Group** | Case number (*if known*) |
|---|---|---|
| | Name | |

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  7 / 29 / 2023
            MM / DD / YYYY

X _____          Harold Jabarian
Signature of authorized representative of debtor          Printed name

Title   **Chief Executive Officer**

**18. Signature of attorney**

X   */s/ M. Douglas Flahaut*          Date   07/30/2023
Signature of attorney for debtor                  MM / DD / YYYY

**M. Douglas Flahaut**
Printed name

**ArentFox Schiff LLP**
Firm name

**555 West Fifth Street, 48th Floor**
**Los Angeles, CA 90013-1065**
Number, Street, City, State & ZIP Code

Contact phone   **213.629.7400**          Email address   **douglas.flahaut@afslaw.com**

**245558 CA**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **CPI Luxury Group** |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | |

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | Declaration and signature |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ *Amended Schedule*
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  7/29/2023        x _____
                                 Signature of individual signing on behalf of debtor

                                 **Harold Jabarian**
                                 Printed name

                                 **Chief Executive Officer**
                                 Position or relationship to debtor

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **CPI Luxury Group** |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **AMERICAN EXPRESS PO Box 96001 Los Angeles, CA 90096** | | **Corporate Credit** | | | | **$191,741.11** |
| **ANGEPERLE (INTL) CO., LTD. UNIT A1, 7/F., PHASE 1, KAISER ESTATE, 41 MAN YUE STREET HUNG HOM - HONG KONG** | | **Trade Debt** | | | | **$207,659.00** |
| **CHAMPION PEARL CO., LTD. 3-19, 2 CHOME, YAMAMOTO-DORI CHUO-KU KOBE 650-0003 JAPAN** | | **Trade Debt** | | | | **$30,000.00** |
| **CHARMS FINDINGS II CORP. 3611 14TH AVE - B01 Brooklyn, NY 11218** | | **Trade Debt** | | | | **$287,761.86** |
| **CREATIVE PEARL, INC. 29338 Kelly Court Canyon Country, CA 91387** | | **Trade Debt** | | | | **$54,600.00** |

| Debtor | **CPI Luxury Group** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **DELTA GROUP CO., LTD. C2,1/FL, HANG FUNG INDUST BLDG PHASE 2, 2 HOK YUEN STREET HUNGHOM KOWLOON - HONG KONG** | | **Trade Debt** | | | | **$204,774.43** |
| **FEDERAL EXPRESS CORP. 942 South Shady Grove Road Memphis, TN 38120** | | **Trade debt** | | | | **$63,596.29** |
| **GRASSMANN-BLAKE, INC 58 EAST WILLOW STREET Millburn, NJ 07041** | | **Trade Debt** | | | | **$25,968.50** |
| **HING WAH PEARL(H.K) CO., LTD. UNIT B1,11/F CHINA INSURANCE BUILDING 48 CAMERON ROAD, T.S.T. KOWLOON - HONG KONG** | | **Trade Debt** | | | | **$106,468.50** |
| **JEWEL CASE CORPORATION 110 Dupont Drive Providence, RI 02907** | | **Trade debt** | | | | **$31,745.56** |
| **K.G.H JEWELLERY LTD 8 DOV FRIEDMAN RAMAT GAN- ISRAEL, RG 52503** | | **Trade Debt** | | | | **$28,276.03** |
| **LEACH - GARNER P.O. BOX 358 49 PEARL STREET Attleboro, MA 02703** | | **Trade Debt** | | | | **$188,660.88** |
| **LEE'S MFG. COMPANY, INC. ATTN: CHERYL ANTONACCI 160 NIANTIC AVENUE Providence, RI 02907** | | **Trade Debt** | | | | **$72,089.52** |

Debtor   **CPI Luxury Group**
_____        Case number *(if known)*  _____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| MBNA CORPORATION 1100 North King Street Wilmington, DE 19884 | | Trade debt | | | | $55,101.90 |
| MIKI SIAMESE INTERNATIONAL CO. GEMOPOLIS INDUSTRIAL ESTATE 37 SOI SUKHAPIBAN 2 SOI 31 KWANG DOKMAI, KHET PRAWES BANGKOK 10250, THAILAND | | Trade Debt | | | | $101,729.07 |
| NATIONAL CHAIN COMPANY 55 ACCESS ROAD Warwick, RI 02886 | | Trade Debt | | | | $38,914.96 |
| ROYAL PEARL MATERIALS GRP LTD 16/F, CHINA INSURANCE BLDG. 48 CAMERON ROAD, T.S.T. KOWLOON - HONG KONG | | Trade Debt | | | | $34,876.60 |
| SEKAI SINJU EXPORT CO., LTD ATTN: DEEPAK JAHVERI 6/22 KITANOCHO 2 CHOME CHUO-KU KOBE - JAPAN | | Trade Debt | | | | $93,897.25 |
| THE V-GROUP, INC. 379 Princeton Hightstown Road Cranbury, NJ 08512 | | Trade debt | | | | $34,564.17 |
| W.R. COBB COMPANY ATTN: BRUCE MACGUNNIGLE 800 WATERMAN AVE East Providence, RI 02914 | | Trade Debt | | | | $35,473.68 |

**CPI LUXURY GROUP**
**BOARD RESOLUTIONS RELATING TO COMMENCING A CHAPTER 11**
**BANKRUPTCY CASE**

**Effective July 28, 2023**

The undersigned, as the sole members of the Board of Directors of CPI Luxury Group (the "**Corporation**") and sole shareholders of the Corporation, which is properly organized and existing under the laws of California; do hereby adopt the following resolutions by unanimous written consent;

**RESOLUTIONS: Bankruptcy Petition**

WHEREAS, the undersigned has evaluated the Corporation's alternatives and has determined it is in the best interest of the Corporation, its creditors, and other parties-in-interest to file a voluntary petition (the "**Petition**") under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**").

RESOLVED, that the Corporation shall be, and hereby is, authorized to (i) file a Petition for relief under the Bankruptcy Code, in the United States Bankruptcy Court for the Central District of California (the "**Bankruptcy Court**"), and (ii) perform any and all such acts as are reasonable, advisable, expedient, convenient, proper or necessary to effect any of the foregoing;

FURTHER RESOLVED, that Harold Jabarian as the CEO, president and the person in charge of making decisions on behalf of the Corporation (the "**Designated Person**"), hereby is, authorized, directed and empowered on behalf of, and in the name of, the Corporation to: (i) execute and verify the Petition and all other ancillary documents, and cause the Petition to be filed with the Bankruptcy Court and make or cause to be made prior to execution thereof any modifications to the Petition or ancillary documents as such Designated Person, in such his discretion, deems necessary or desirable to carry out the intent and accomplish the purposes of these resolutions (such approval to be conclusively established by the execution thereof by such Designated Person); (ii) execute, verify and file or cause to be filed all petitions, schedules, statements, lists, motions, applications and other papers or documents necessary or desirable in connection with the foregoing; (iii) execute and verify any and all other documents necessary or appropriate in connection therewith or to administer the Corporation's chapter 11 case in such form or forms as any such Designated Person may approve; and (iv) execute and verify any and all complaints commencing adversary proceedings necessary or desirable in connection with the foregoing;

FURTHER RESOLVED, that the Designated Person shall be and hereby is authorized, directed and empowered to retain, on behalf of the Corporation, ArentFox Schiff LLP ("**ArentFox Schiff**") as general restructuring counsel as well as David Mickelson dba North Cape Advisors as financial consultant and/or chief restructuring officer, and such additional professionals, including attorneys, accountants, financial

advisors, restructuring advisors, actuaries, consultants or brokers, in each case as in such Designated Person's judgment may be necessary in connection with the Corporation's chapter 11 case and other related matters;

FURTHER RESOLVED, that the law firm of Arentfox Schiff and any additional special or local counsel selected by the Designated Person, if any, shall be, and hereby are, authorized, empowered and directed to represent the Corporation, as a debtor and debtor in possession, in connection with any chapter 11 case and related adversary proceedings commenced by or against it under the Bankruptcy Code;

FURTHER RESOLVED, that, in addition to the specific authorizations heretofore conferred upon the Designated Person, the Designated Person hereby is authorized, directed and empowered, in the name of, and on behalf of, the Corporation, to take or cause to be taken any and all such further actions, to execute and deliver any and all such agreements, certificates, instruments, amendments and other documents and to pay all expenses, including filing fees, in each case as in such Designated Person's judgment shall be necessary or desirable in order to fully carry out the intent and accomplish the purposes of the resolutions adopted herein;

FURTHER RESOLVED, that all acts lawfully done or actions lawfully taken or to be taken by any Designated Person of the Corporation in connection with the implementation of these resolutions in all respects are hereby ratified, confirmed and approved.

Date: 7/28/23

By: 

Harold Jabarian, CEO President; CFO Treasurer;

Director; and 75% shareholder of CPI Luxury Group

Date: 7/28/23

By: 

Kevork Hasbanian, Vice President; Secretary;

Director; and 25% shareholder of CPI Luxury Group

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **M. Douglas Flahaut**<br>**555 West Fifth Street, 48th Floor**<br>**Los Angeles, CA 90013-1065**<br>**213.629.7400 Fax: 213.629.7401**<br>California State Bar Number: **245558 CA**<br>douglas.flahaut@afslaw.com | |

☐  *Debtor(s) appearing without an attorney*

■  *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>        **CPI Luxury Group** | CASE NO.:<br>CHAPTER: **11** |
|---|---|
| | **VERIFICATION OF MASTER<br>MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |
| Debtor(s). | |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of   12   sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date:  **7/29/2023**

_____
Signature of Debtor 1

Date:  **7/29/2023**

_____
Signature of Debtor 2 (joint debtor) ) (if applicable)

Date:  _____

_____
Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                    **F 1007-1.MAILING.LIST.VERIFICATION**

CPI Luxury Group
10220 Norris Ave
Pacoima, CA 91331


M. Douglas Flahaut
ArentFox Schiff LLP
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013-1065


AAVIN Mezzanine Fund, LP,
as Collateral Agent
1245 First Avenue SE
Cedar Rapids, IA 52402


Alexito S. Lazaro


Allan Godinez Coronado


AMERICAN EXPRESS
PO Box 96001
Los Angeles, CA 90096


ANGEPERLE (INTL) CO., LTD.
UNIT A1, 7/F., PHASE 1,
KAISER ESTATE, 41 MAN YUE STREET
HUNG HOM - HONG KONG


Bie Li

BLUE SHIELD OF CALIFORNIA
601 12th Street
Oakland, CA 94607


Brenda Y. Cruz Sixto



CAMEX JEWELLERY LIMITED
RM 211, WING ON OLAZA
NO. 62 MODY ROAD
TSIM SHA TSUI
HONG KONG


CHAMPION PEARL CO., LTD.
3-19, 2 CHOME, YAMAMOTO-DORI
CHUO-KU
KOBE 650-0003 JAPAN


CHARMS FINDINGS II CORP.
3611 14TH AVE - B01
Brooklyn, NY 11218


Christina Jabarian



COMMERCEHUB
800 Troy-Schenectady Road
Latham, NY 12110


CREATIVE PEARL, INC.
29338 Kelly Court
Canyon Country, CA 91387

DELTA GROUP CO., LTD.
C2,1/FL, HANG FUNG INDUST BLDG
PHASE 2, 2 HOK YUEN STREET
HUNGHOM
KOWLOON - HONG KONG


DIAMOND SERVICES
15 West 47th Street Suite 1404
New York, NY 10036


DICENTRAL CORPORATION
1199 NASA Parkway Suite 101
Houston, TX 77058


East West Bank
555 Montgomery Street, 9th Floor
San Francisco, CA 94111


Edson Gentelizo


FEDERAL EXPRESS CORP.
942 South Shady Grove Road
Memphis, TN 38120


Frank Fu


FRONTIER COMMUNICATION
401 Merritt 7
Norwalk, CT 06851

FULLER BOX
150 Chestnut Street
P.O. Box 9
North Attleboro, MA 02761


GEMOLOGICAL SCIENCE INTERNATIONAL
551 5th Avenue, 6th Floor
New York, NY 10176


Giovanni Haff



GLOBAL EXCHANGE SERVICES
100 Edison Park Drive, MS52A2
Gaithersburg, MD 20878


GRASSMANN-BLAKE, INC
58 EAST WILLOW STREET
Millburn, NJ 07041


Harold Jabarian (?)



HING WAH PEARL(H.K) CO., LTD.
UNIT B1,11/F
CHINA INSURANCE BUILDING
48 CAMERON ROAD, T.S.T.
KOWLOON - HONG KONG


Hong Lei

IMPENCO LTEE LTD.
240 Rue Guizot West
Montréal, QC H2P 1L5
Canada


INVERSELOGIC, INC.
3467 Ocean View Blvd.
Glendale, CA 91208


Jack Hagop Jabarian


Jacqueline Geragos


JAMES A. MURPHY & SON, INC.
55 ACCESS ROAD
Warwick, RI 02886


Janice Hoffman


Jenny Pang


JEWEL CASE CORPORATION
110 Dupont Drive
Providence, RI 02907

Jordan E. Barron


K.G.H JEWELLERY LTD
8 DOV FRIEDMAN
RAMAT GAN- ISRAEL, RG 52503


Kevork Hasbanian (?)


L.K. IMPORTS
606 S. OLIVE STREET
SUITE 2170
Los Angeles, CA 90014


LA DEPARTMENT OF WATER & POWER
111 N. Hope St.
Los Angeles, CA 90012


LABORFORCE
8095 215TH ST W, Suite 200
Lakeville, MN 55044


Lauren Baghdasarian


LEACH - GARNER
P.O. BOX 358
49 PEARL STREET
Attleboro, MA 02703

LEE'S MFG. COMPANY, INC.
ATTN: CHERYL ANTONACCI
160 NIANTIC AVENUE
Providence, RI 02907


Maricala L. Whisler


MBNA CORPORATION
1100 North King Street
Wilmington, DE 19884


MEDIA IMPORTS, INC.
635 S. HILL STREET
3RD FLOOR
Los Angeles, CA 90014


Mei Ai Liu


MIKI SIAMESE INTERNATIONAL CO.
GEMOPOLIS INDUSTRIAL ESTATE
37 SOI SUKHAPIBAN 2 SOI 31
KWANG DOKMAI, KHET PRAWES
BANGKOK 10250, THAILAND


MOCKINGBIRD SYSTEMS INC.
8 Wingrove Woods
Brantford, ON N3P 1M1
Canada


NATIONAL CHAIN COMPANY
55 ACCESS ROAD
Warwick, RI 02886

P&S MANUFACTURE


Paul Jean Thomassian


PITNEY BOWES
3001 Summer Street
Stamford, CT 06926


RAFFI AU CARRE
ATTN: RAFFI
607 S. HILL STREET
SUITE 442
Los Angeles, CA 90014


Raffi Baghdasarian


Rafi S. Balian


Raymond Leasing Corporation
Corporate Headquarters
P.O. Box 130
Greene, NY 13778


Renshun Huang

```
REPUBLIC SERVICES
18500 N Allied Way
Phoenix, AZ 85054-6164


ROYAL PEARL MATERIALS GRP LTD
16/F, CHINA INSURANCE BLDG.
48 CAMERON ROAD, T.S.T.
KOWLOON - HONG KONG


Sandra J. Seda


SEKAI SINJU EXPORT CO., LTD
ATTN: DEEPAK JAHVERI
6/22 KITANOCHO 2 CHOME
CHUO-KU
KOBE - JAPAN


SHANGHAI PEARL CO., LTD.
ATTN: APAI LAM HING PEI
UNIT A1, 12/F. CHINA INSURANCE
BUILDING, 48 CAMERON ROAD, T.S.T.
KOWLOON - HONG KONG


SOVEREIGN JEWELRY CO.,LTD
99 Mahesak Road GPO Box 1856
Bangkok 10500 Thailand


SPARKLETTS
200 Eagles Landing Boulevard
Lakeland, FL 33810


SPS COMMERCE, INC.
333 South Seventh Street, Ste 1000
Minneapolis, MN 55402
```

Stephanie Jabarian


SUSAN KRZYCKI
17807 W SPRING LAKE DR SE
Renton, WA 98058


Susan Xu


TAI WOO PEARL & GEMS CO., LTD.
Room 903-5, 9th Floor, Chevalier
House, 45-51 Chatham Road South,
Tsim Sha Tsui,
Kowloon, Hong Kong


TELESONIC


THE GAS COMPANY
Southern California Gas Company
555 West Fifth St.
Los Angeles, CA 90013-1011


THE JEWELERS BOARD OF TRADE
2348 Post Road Ste 120
Warwick, RI 02888


THE V-GROUP, INC.
379 Princeton Hightstown Road
Cranbury, NJ 08512

TPX COMMUNICATIONS
303 Colorado St., Suite 2075
Austin, TX 78701


Tracy Hasbanian


TRIWAYS FREIGHT SERVICES INC.
5426 West 119th Place
Inglewood, CA 90304-1018


TRUE COMMERCE INC.
210 West Kensinger Dr., Ste. 100
Cranberry Twp, PA 16066


U.S. Small Business Administration
10737 Gateway West, #300
El Paso, TX 79935


U.S. Small Business Administration
Office of General Counsel
312 North Spring Street, 5th Floor
Los Angeles, CA 90012


UL VERIFICATION SERVICES INC.
333 Pfingsten Road
Northbrook, IL 60062


ULINE
12575 Uline Drive
Pleasant Prairie, WI 53158

UPS United Parcel Service
55 Glenlake Parkway, NE
Atlanta, GA 30328


Vicken Jabarian


Virginia M. Reyes


W.R. COBB COMPANY
ATTN: BRUCE MACGUNNIGLE
800 WATERMAN AVE
East Providence, RI 02914


WAYNE SCHRAIBMAN
316 PLANTATION CLUB DR
Debary, FL 32713


WELLS FARGO
420 Montgomery Street
San Francisco, CA 94104


Yan Ge


Ying Yun Zhang