1  Aram Ordubegian (SBN 185142)
   M. Douglas Flahaut (SBN 245558)
2  Christopher K.S. Wong (SBN 308048)
   **ARENTFOX SCHIFF LLP**
3  555 West Fifth Street, 48th Floor
   Los Angeles, CA  90013-1065
4  Telephone:    213.629.7400
   Facsimile:    213.629.7401
5  aram.ordubegian@arentfox.com
   douglas.flahaut@arentfox.com
6  christopher.wong@arentfox.com

7  *Proposed* General Bankruptcy and Restructuring
   Counsel for Debtor and Debtor-In-Possession
8

9              **UNITED STATES BANKRUPTCY COURT**

10             **CENTRAL DISTRICT OF CALIFORNIA**

11            **SAN FERNANDO VALLEY DIVISION**

12

13  In re                                  Case No. 1:23-bk-11059-VK

14  **CPI LUXURY GROUP**, a California      Chapter 11
    corporation,
15                                          **DECLARATION OF DAVID**
                   Debtor and Debtor-in-   **MICKELSON IN SUPPORT OF**
16                 Possession.             **EMERGENCY "FIRST DAY" MOTIONS**

17                                          Emergency Hearing:

18                                          Date:      [TO BE DETERMINED]
                                            Time:      [TO BE DETERMINED]
19                                          Place:     Courtroom  301
                                                       21041 Burbank Boulevard
20                                                     Woodland Hills, CA 91367

21

22

23

24

25

26

27

28

ARENTFOX SCHIFF LLP

I, David Mickelson, declare as follows:

1.      I am over 18 years of age.  If called as a witness, I could and would competently testify with respect to the matters set forth in this declaration from my own personal knowledge or from knowledge gathered from others within CPI Luxury Group (the "Debtor" or "Company") and the Company's advisors, my review of relevant documents, or my opinion based upon my experience concerning the Company's operations.

**I.**

**THE DECLARANT**

2.      I am the Company's Chief Restructuring Officer and have worked with the Company for over thirty-six months.  During the term of my engagement, I have have been closely involved with the Company's financial, legal and business operations.  Additionally, I have spent significant time interfacing with the Company's main secured creditor East West Bank, preparing budgets for the bank's review and approval, and undertaking efforts to refinance and/or restructure the Company's secured debt.

3.      I submit this declaration (the "First Day Declaration") to provide the Court and other parties in interest with an overview of the Company's business and to describe the circumstances compelling the commencement of this chapter 11 case.  I also submit this First Day Declaration in support of the "first day" motions – specifically the Wage Motion, the Cash Collateral Motion, and the Schedule Extension Motion filed by the Debtor contemporaneously herewith.

**II.**

**CORPORATE AND CAPITAL STRUCTURE AND EVENTS LEADING TO THE**

**CHAPTER 11 FILING**

**A.      Debtor's Corporate Structure**

4.      The Debtor is a California corporation with two shareholders – Harold Jabarian (75% owner) and Kevork Hasbanian (25% owner).

**B.      The Debtor's Background**

5.      Founded in 1983 by President & CEO Harold Jabarian, the Debtor has built a reputation within the industry as a provider of basic pearl programs with a wide variety of high-

ARENTFOX SCHIFF LLP

quality products.  Customers include major retailers, large chain stores and small independent brick-and-mortar stores; customers include Macy's, Bloomingdales, Kohl's, JCPenney, Fred Meyer, Zales, Belk, Home Shopping Network, Helzberg, Ross, Ross Simons, Walmart and Amazon.  The Debtor also provides private-label brands such as Belle de Mer, Joy De Mer, and Amour De Pearl.

6.    The Debtor's early business history began with Mr. Jabarian serving as an apprentice employee in Hong Kong with a Japanese manufacturer and distributer of freshwater pearls.  After learning the pearl business, Mr. Jabarian founded the Company and developed his own business model offering an extensive product line including freshwater pearls from China, Akoya Cultured Pearls from Japan, White and Golden South Sea Pearls from Australia and South East Asia, and Tahitian Black Pearls from French Polynesia.

7.    Over the past thirty years, the retail jewelry market has transformed in variety of ways. These changes required the Company to develop systems to meet the ever-expanding market demand for a basic pearl program. From an operations and manufacturing perspective, the Company developed purchase order systems, product development programs, purchasing processes, lean manufacturing schedules, and strengthened supply-chain efficiencies.  By employing these programs and process, the Company provides its retail customers programs in the dot.com, replenishment, promotional, specialty services, and consignment. Ten years ago as more consumers began embracing online shopping, the Company expanded its business model to include strategic investments in its Ecommerce platform; this action enabled the Company to become a consistent online market source of pearls by providing private label products and drop shipping services for the above-mentioned online business platforms.

8.    More information regarding the Debtor can be found at https://cpilg.com/

**C.    Debtor's Prepetition Debt Structure and Events Leading to the Bankruptcy Filing**

9.    In or about 2016 the Debtor entered into a Loan and Security Agreement with East West Bank.  This loan was secured by a blanket lien and East West Bank filed a UCC-1 financing statement on or about June 30, 2016 [Filing #: 16-7533695580] and renewed it on or about April 19, 2021 [Filing #: U210038786636]. While the balance owed to East West Bank has fluctuated,

the Debtor has paid down the balance by approximately $5 million since the original default in June of 2020. As such, over the past six months the balance has been approximately between $13.5 million and $13.0 million.

10.  Based on the Loan Security Agreement, the Debtor's A/Rs (collections), have always been deposited into a lock box which East West Bank sweeps regularly. After default, the bank's control over the Debtor's use of funds and available cash has more recently become extremely burdensome. Weekly, the Debtor provides the bank with payment schedules. Based on these schedules, the bank would agree to release funds to the Debtor's Operating Account for payments including but not limited to payroll, insurance, utilities, rent, vendors, inventory and raw materials; the amounts advanced by the bank have been inconsistent and unreliable. Since the default, the bank's reluctance to provide clarity for requested advances and the random last minute changes on the day of advances have significantly impaired and limited the Debtor's ability to operate the day-to-day affairs of the Company. These actions drastically reduced sales thereby decreasing purchase orders fulfillment ratios significantly over the past six months. Due to the decline in sales and corresponding decline in accounts receivable, collections and operating cash eroded to unmanageable levels which further reduced operating revenue and profitability. Notwithstanding these operational challenges, the demand from current customers for basic pearls has remained strong with projected purchase orders over the next five months in the ten million dollar range.

11.  Since the original Notice of Default on June 23, 2020 and subsequent Notices of Default, the Debtor has worked diligently by providing the bank with Letters of Interest to refinance or restructure the debt owed to East West Bank. After many years of rejecting numerous offers including a recent Letter of Intent to Acquire the Loans dated July 8, 2023, the bank notified the Debtor via letter on July 24, 2023, that it was terminating the July 3, 2023 day-to-day forbearance agreement and reservation of rights and accelerating demand for immediate payment of all sums owing. Therefore, the Debtor was forced to seek bankruptcy protection.

12.  In the ordinary course of business, the Debtor has been paying trade vendors inconsistently. Some trade payables have placed credit limits on the accounts which are greater

ARENTFOX SCHIFF LLP

than one-hundred and twenty days past due, however, the Debtor has still been able to operate and expects to continue to be able to do so.

13.    As of the Petition Date, the Debtor's total secured liabilities consists of approximately $17.5 million of which $13.0 million is due to East West Bank. Additionally unsecured liabilities, trade payables and past-due rent total approximately $2.5 million.

**III.**

**GOAL OF THE BANKRUPTCY**

14.    The Debtor commenced this chapter 11 case to preserve value for its stakeholders, including employees and creditors.  The Debtor believes the company has a significant going concern value that can be realized through a bankruptcy sale or reorganization that would not be realized in an Article 9 foreclosure.  As such, the Debtor currently intends to conduct a dual track process designed to test the market for a going concern sale of the Debtor's business and, in the event a buyer cannot be found at a price that recognizes the value of the Debtor's business, reorganize pursuant to a plan and pay creditors through a combination of future profits and expected exit financing.

15.    The Debtor expects its operations in the near term can be financed through the usage of cash collateral and has already identified potential lenders willing to provide DIP financing and/or exit financing if/when the need arises.

**IV.**

**FIRST DAY MOTIONS**

16.    Concurrent with the filing of this First Day Declaration, the Debtor filed three first day motions seeking relief which the Debtor believes is necessary to avoid irreparable harm in the early days of this case, enable it to efficiently administer its estate and continue to operate with minimal disruption and loss of value during this chapter 11 case, and to ensure the best outcome for the Debtor, its estates, and its creditors (collectively, the "First Day Motions").

17.    I have reviewed each of the First Day Motions, and the facts set forth therein are true and correct to the best of my knowledge, information and belief with appropriate reliance on corporate officers and advisors.  I believe the relief requested in the First Day Motions is necessary

ARENTFOX SCHIFF LLP

to avoid immediate and irreparable harm and to allow the Debtor to operate with minimal disruption during the pendency of this chapter 11 case.  The Debtor requests that the relief sought in each of the First Day Motions be granted as critical elements in ensuring the maximization of value of the Debtor's estates.

18.    The First Day Motions are comprised of the following three (3) pleadings:

(a) *Emergency Motion for Order Authorizing Debtor and Debtor-in-Possession to Honor Certain Prepetition Employee Benefits and Wages in the Ordinary Course of Business* (the "Wage Motion");

(b) *Emergency Motion for Order For Interim and Final Orders Authorizing Use of Cash Collateral* (the "Cash Collateral Motion"); and

(c) *Emergency Motion for Order Extending Time to Complete Schedules of Assets and Liabilities and Statement of Financial Affairs and Related Materials* (the "Motion to Extend Time to File Schedules").

**A.    <u>The Wage Motion</u>**

19.    I submit, on behalf of the Debtor, that the Wage Motion should be granted as the relief sought therein will allow the Debtor to retain its employees, preserve value, and operate its business during this Chapter 11 case.  More specifically, the Debtor has approximately 29 full-time employees, each of whom is critical to the Debtor's reorganization efforts.  These employees have essential knowledge relating to the Debtor's business processes and systems, the employees provide important administrative functions, human-resource services, marketing, and wholesale and distribution services needed to ensure the continued viability of the Debtor.  Additionally, now that the bankruptcy case has been filed, some of the Debtor's employees will also be involved in preparing vital financial projections and budgets, and assisting with the formulation of a plan of reorganization.

20.    The Debtor's employees are paid wages biweekly.  For example in the month leading up to the chapter 11 filing the Debtor's employees were paid on July 3, 2023 for the period from June 17, 2023 to June 30, 2023, and then on July 17, 2023 for the period from July 1, 2023 to July 14, 2023.

ARENTFOX SCHIFF LLP

21.     At any given time, the Debtor has outstanding payroll obligations to its employees. The Debtor's most recent regular payroll covered all amounts due to corporate employees through the cut-off date of July 28, 2023.  Checks were issued for the pay period ending July 28, 2023 before the petition date, but some portion of those checks may not have been cashed by the petition date. A schedule showing the pre-petition wages paid out on July 28, 2023 for each employee is attached hereto as **Exhibit 1-A**.  None of the Debtor's employees are expected to be owed more than $15,150.00 (the statutory cap for priority employee claims under 11 U.S.C. 507(a)(4)) on account of accrued, unpaid prepetition wages.

22.     The Debtor uses ADP to process its payroll but issues the checks to the employees from its operating account.  All withholdings are paid directly to appropriate taxing agencies / entities.  Thus, I believe the Debtor is current on its withholding obligations.

23.     I believe the failure to honor payroll commitments (including honoring the checks issues pre-petition) and discontinuing employee programs will be devastating to employee morale and will almost certainly result in significant employee attrition.  This is especially true for a debtor in the midst of a reorganization effort.  Many employees are already going to be concerned about their job security, and it is therefore imperative that, so long as employees remain with the company, they can be assured the Debtor will continue to honor all of its employee obligations in the ordinary course of business without disruption.

24.     The Wage Motion also requests that the Court enter an order authorizing the Debtor to honor and continue their employee benefits in the ordinary course of business.  This relief applies solely to persons employed full-time by the Debtor from and after the Petition Date.  A summary of the employee benefits that the Debtor intends to honor notwithstanding the filing is set forth below:

(a)     ***Paid Time Off ("PTO")***.  PTO for full-time employees for the Debtor begins accruing on the date of hire.  The Debtor pays its employees for unused PTO upon the employee's termination.  A schedule of paid time off that has been accrued but remains unused is set forth in **Exhibit 1-B.**  Debtor's books and records indicate that, as of the Petition Date, its outstanding liability for all accrued PTO was approximately $80,773.73, representing approximately 2,553.14 of accrued PTO made up of 1,569.35 hours of accrued vacation time and 983.79 hours of accrued sick leave.

(b)    ***Medical Insurance***. The Debtor's business practice is to provide their full-time employees the choice to elect Blue Shield of California as their insurance plan. The Debtor contributes ~80% to each employee's insurance plan and the remainder is deducted from employee wages. Participating employees' contributions to the medical plans are deducted from such employees' bi-weekly pay. The premium through July 31st has been paid to Blue Shield of California.

(c)    ***Workers Compensation and Other Insurance Programs.*** The Debtor also maintains insurance policies workers compensation and employer's liability, and life insurance, accidental death and dismemberment insurance, and short-term and long-term disability benefits, as administered by AmTrust North America. As of the Petition Date, the Debtor estimates it owes approximately $2,114.

25.    The Wage Motion also requests that all applicable banks and other financial institutions be authorized and directed to receive, process, honor and pay all checks presented for payment and to honor all transfer requests made by the Debtor related to employee obligations discussed herein, whether such checks were presented or funds transfer requests were submitted prior to or after the Petition Date (including checks that have been presented and dishonored), to the extent the accounts contain sufficient funds.

26.    The Debtor will identify to the bank(s) the checks that are to be honored pursuant to an order approving the Wage Motion. Accordingly, checks other than those for employee obligations should not be honored inadvertently.

27.    I therefore submit, on behalf of the Debtor, that the Wage Motion should be granted as the relief sought therein will allow the Debtor to retain their employees, preserve value, and operate its business in this chapter 11 case.

**B.    The Cash Collateral Motion**

28.    I submit on behalf of the Debtor that the Cash Collateral Motion should be granted. A true and correct copy of the Debtor's proposed cash collateral budget is attached as **Exhibit 2** hereto. I personally assisted in the preparation of the Budget, and I believe it sets forth the reasonable expenses necessary to maintain the Debtor's operations and going-concern value over the next 13 weeks. Discontinuing the access to cash collateral at this time will invariably lead to a diminution of the value of the Debtor's Estate to the detriment of creditors. Additionally, the terms of the Debtor's proposed use of cash collateral are fair and reasonable, and adequately protect the secured creditor that has asserted an interest in the cash collateral because the value of the Debtor's

ARENTFOX SCHIFF LLP

- 8 -

assets will not decline and instead will be preserved in order to quickly confirm a plan of reorganization or effectuate a going concern sale and thereby hopefully maximize value for all creditors.

29.    The Debtor has three lenders with an asserted security interest in its cash collateral: East West Bank (first priority with filed UCC-1); AAVIN (second priority with filed UCC-1); Small Business Administration (third priority with filed UCC-1) (collectively the "Secured Lenders").

30.    The Debtor requires use of the cash collateral to pay the costs and expenses associated with operating the Debtor's business for the next 90 days with the intention of quickly proposing a confirmable chapter 11 plan of organization or effectuating a sale of its assets as a going concern.  As set forth more fully in the Budget, the primary expenses going forward relate to purchasing inventory and raw materials, paying wages, insurance, taxes, utilities, Office of the United States Trustee ("UST") quarterly fees, and other necessary expenses to continue operation of the Debtor's business.

31.    The Debtor proposes to use cash collateral pursuant to the Budget for 13 weeks through and including October 28, 2023 or such earlier date as the Debtor confirms a chapter 11 plan of reorganization or closes a sale of substantially all of its assets, in an amount not to exceed 115% of the amounts contained in the each line item in the Budget, with all budget savings carried over and available to the Debtor for use in subsequent weeks.

32.    For and solely to the extent of any diminution in the value of the cash collateral, secured creditors will be adequately protected by the maintenance and preservation of the going concern value of the Company and the granting of replacement liens (the "Replacement Liens" or "Replacement Lien"),  to the extent of the diminution of value in the secured lenders' collateral, if any, in and to all of the Debtor's personal property but excluding any avoidance or turnover actions under Chapter 5 of the Bankruptcy Code and the pre-petition retainer provided to ArentFox Schiff LLP, with the same validity, priority, and scope as each lender had with its pre-petition lien against property of the Debtor.  The Replacement Liens secures diminution in value of the secured creditor's interests in its collateral, if any, and shall be in addition to the Secured Lenders' pre-

ARENTFOX SCHIFF LLP

petition security interests in the collateral.  As such, I believe that the Secured Lenders (as that term is defined in the Cash Collateral Motion) are adequately protected against any diminution of the value of their collateral.

**C.    The Motion to Extend Time to File Schedules**

33.    The Debtor also filed a Motion to Extend Time to File Schedules, requesting that the Court extend the time to file the Schedules and Statement of Financial Affairs (collectively, the "Schedules") for fourteen (14) days.

34.    Given the size and complexity of the Debtor's business and financial affairs, and urgent matters requiring and focus and attention of the Debtor's key personnel and advisors prior to the commencement of this chapter 11 case, I believe that it would be very difficult to prepare the Schedules with the appropriate attention and detail by the statutory 14-day deadline.  At this juncture, preparation of the Schedules would interfere with the major operational compliance issues arising from the transitioning the Debtor to a Chapter 11 debtor-in-possession and attending to various matters required by the U.S. Trustee, including closing the Debtor's books and preparing the 7-day package.

35.    I therefore believe that a short 14-day extension by this Court for the Debtor to file their Schedules should be granted on an emergency basis.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed Monday, July 31, 2023, at Los Angeles, California.

*David Mickelson*
_____
David Mickelson

ARENTFOX SCHIFF LLP

# EXHIBIT 1-A

## Payroll Details

| Hours and Earnings | | | | Taxes | | Deductions | | Net Pay | Employer | |
|---|---|---|---|---|---|---|---|---|---|---|
| Description | Hours | Rate | Amount | Tax | Amount | Deduction | Amount | Net Pay | Liability | Amount |
| Pay Frequency: Biweekly | | | | | | | | | | |
| Department: 1 - Officers | | | | | | | | | | |
| **Employee:** ▮▮▮▮▮ | | | | SSN: ▮▮▮▮▮ | | | | | | |
| Regular | 80.00 | 46.8800 | 3,750.40 | FED SOCSEC | 232.52 | | | 3,429.75 | FED SOCSEC-ER | 232.52 |
| | 80.00 | | 3,750.40 | FED MEDCARE | 54.38 | | | | FED MEDCARE-ER | 54.38 |
| | | | | CA SDI | 33.75 | | | | | 286.90 |
| | | | | | 320.65 | | | | | |
| Check Date: 07/28/2023 / Check / Check No: 51867   $3,429.75 | | | | | | | | | | |
| **Employee:** ▮▮▮▮▮ | | | | SSN: ▮▮▮▮▮ | | | | | | |
| Regular | 80.00 | 93.7500 | 7,500.00 | FED SOCSEC | 465.00 | | | 6,858.75 | FED SOCSEC-ER | 465.00 |
| | 80.00 | | 7,500.00 | FED MEDCARE | 108.75 | | | | FED MEDCARE-ER | 108.75 |
| | | | | CA SDI | 67.50 | | | | | 573.75 |
| | | | | | 641.25 | | | | | |
| Check Date: 07/28/2023 / Check / Check No: 51868   $6,858.75 | | | | | | | | | | |
| **Department Totals: 1 - Officers** | | | | | | | | | | |
| Regular | 160.00 | | $11,250.40 | FED SOCSEC | $697.52 | | | $10,288.50 | FED SOCSEC-ER | $697.52 |
| | 160.00 | | $11,250.40 | FED MEDCARE | $163.13 | | | | FED MEDCARE-ER | $163.13 |
| | | | | CA SDI | $101.25 | | | | | $860.65 |
| | | | | | $961.90 | | | | | |
| **Total Employees - 1 - Officers: 2** | | | | | | | | | | |
| Department: 2 - Staff | | | | | | | | | | |
| **Employee:** ▮▮▮▮▮ | | | | SSN: ▮▮▮▮▮ | | | | | | |
| Regular | 72.00 | 27.4000 | 1,972.80 | FED FIT | 115.27 | 401(k) plan $ | 25.00 | 1,808.78 | FED SOCSEC-ER | 135.90 |
| Vacation | 8.00 | 27.4000 | 219.20 | FED SOCSEC | 135.90 | | 25.00 | | FED MEDCARE-ER | 31.78 |
| | 80.00 | | 2,192.00 | FED MEDCARE | 31.78 | | | | | 167.68 |
| | | | | CA SIT | 55.54 | | | | | |
| | | | | CA SDI | 19.73 | | | | | |
| | | | | | 358.22 | | | | | |
| Check Date: 07/28/2023 / Check / Check No: 51869   $1,808.78 | | | | | | | | | | |
| **Employee:** ▮▮▮▮▮ | | | | SSN: ▮▮▮▮▮ | | | | | | |
| Regular | 80.00 | 21.6300 | 1,730.40 | FED FIT | 90.11 | 401(k) plan % | 103.82 | 1,371.60 | FED SOCSEC-ER | 107.28 |
| | 80.00 | | 1,730.40 | FED SOCSEC | 107.29 | | 103.82 | | FED MEDCARE-ER | 25.09 |
| | | | | FED MEDCARE | 25.09 | | | | | 132.37 |
| | | | | CA SIT | 16.91 | | | | | |
| | | | | CA SDI | 15.58 | | | | | |
| | | | | | 254.98 | | | | | |
| Check Date: 07/28/2023 / Check / Check No: 51870   $1,371.60 | | | | | | | | | | |

Company: CPI Luxury Group                          1  of  7                          Date Printed: 07/27/2023 13:34
Check date: 7/28/2023 - Payroll 1                  Run Number: 0094                  26586623 - KF/76U
Pay Period: 07/15/2023 to: 07/28/2023

12

**Payroll Details**

| Hours and Earnings | | | | Taxes | | Deductions | | Net Pay | Employer | |
|---|---|---|---|---|---|---|---|---|---|---|
| Description | Hours | Rate | Amount | Tax | Amount | Deduction | Amount | | Liability | Amount |
| **Employee:** | | | | **SSN:** ▮▮▮▮ | | | | | | |
| Regular | 80.00 | 50.4800 | 4,038.40 | FED FIT | 590.78 | | | 2,858.89 | FED SOCSEC-ER | 250.38 |
| | 80.00 | | 4,038.40 | FED SOCSEC | 250.38 | | | | FED MEDCARE-ER | 58.56 |
| | | | | FED MEDCARE | 58.55 | | | | | 308.94 |
| | | | | CA SIT | 243.46 | | | | | |
| | | | | CA SDI | 36.34 | | | | | |
| | | | | | 1,179.51 | | | | | |

Check Date: 07/28/2023 / Check / Check No: 51871   $2,858.89

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Employee:** | | | | **SSN:** ▮▮▮▮ | | | | | | |
| Regular | 64.00 | 31.2500 | 2,000.00 | FED FIT | 184.94 | | | 1,716.12 | FED SOCSEC-ER | 132.95 |
| Vacation | 3.08 | 31.2500 | 96.25 | FED SOCSEC | 132.95 | | | | FED MEDCARE-ER | 31.09 |
| Sick | 1.54 | 31.2500 | 48.13 | FED MEDCARE | 31.10 | | | | | 164.04 |
| | 68.62 | | 2,144.38 | CA SIT | 59.97 | | | | | |
| | | | | CA SDI | 19.30 | | | | | |
| | | | | | 428.26 | | | | | |

Check Date: 07/28/2023 / Check / Check No: 51872   $1,716.12

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Employee:** | | | | **SSN:** ▮▮▮▮ | | | | | | |
| Regular | 80.00 | 36.0600 | 2,884.80 | FED FIT | 300.60 | | | 2,218.02 | FED SOCSEC-ER | 178.86 |
| | 80.00 | | 2,884.80 | FED SOCSEC | 178.86 | | | | FED MEDCARE-ER | 41.83 |
| | | | | FED MEDCARE | 41.83 | | | | | 220.69 |
| | | | | CA SIT | 119.53 | | | | | |
| | | | | CA SDI | 25.96 | | | | | |
| | | | | | 666.78 | | | | | |

Check Date: 07/28/2023 / Check / Check No: 51873   $2,218.02

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Employee:** | | | | **SSN:** ▮▮▮▮ | | | | | | |
| Regular | 80.00 | 20.0000 | 1,600.00 | FED FIT | 62.02 | 401(k) plan % | 480.00 | 907.75 | FED SOCSEC-ER | 99.20 |
| | 80.00 | | 1,600.00 | FED SOCSEC | 99.20 | | 480.00 | | FED MEDCARE-ER | 23.20 |
| | | | | FED MEDCARE | 23.20 | | | | | 122.40 |
| | | | | CA SIT | 13.43 | | | | | |
| | | | | CA SDI | 14.40 | | | | | |
| | | | | | 212.25 | | | | | |

Check Date: 07/28/2023 / Check / Check No: 51874   $907.75

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Employee:** | | | | **SSN:** ▮▮▮▮ | | | | | | |
| Regular | 80.00 | 24.0400 | 1,923.20 | FED FIT | 218.63 | 401(k) plan % | 288.48 | 1,218.99 | FED SOCSEC-ER | 119.24 |
| | 80.00 | | 1,923.20 | FED SOCSEC | 119.24 | | 288.48 | | FED MEDCARE-ER | 27.89 |
| | | | | FED MEDCARE | 27.88 | | | | | 147.13 |
| | | | | CA SIT | 32.67 | | | | | |
| | | | | CA SDI | 17.31 | | | | | |
| | | | | | 415.73 | | | | | |

Company: CPI Luxury Group                    2  of  7                    Date Printed: 07/27/2023 13:34
Check date: 7/28/2023 - Payroll 1            Run Number: 0094              26586623 - KF/76U
Pay Period: 07/15/2023 to: 07/28/2023

13

## Payroll Details

| Hours and Earnings | | | | Taxes | | Deductions | | | Employer | |
|---|---|---|---|---|---|---|---|---|---|---|
| Description | Hours | Rate | Amount | Tax | Amount | Deduction | Amount | Net Pay | Liability | Amount |
| Check Date: 07/28/2023 / Check / Check No: 51875  $1,218.99 | | | | | | | | | | |
| **Employee:** ▉ | | | | SSN: ▉ | | | | | | |
| Regular | 80.00 | 24.0400 | 1,923.20 | FED FIT | 114.17 | 401(k) plan % | 96.16 | 1,459.35 | FED SOCSEC-ER | 119.24 |
| | 80.00 | | 1,923.20 | FED SOCSEC | 119.24 | 401(k) loan | 44.14 | | FED MEDCARE-ER | 27.89 |
| | | | | FED MEDCARE | 27.89 | | 140.30 | | | 147.13 |
| | | | | CA SIT | 44.95 | | | | | |
| | | | | CA SDI | 17.30 | | | | | |
| | | | | | 323.55 | | | | | |
| Check Date: 07/28/2023 / Check / Check No: 51876  $1,459.35 | | | | | | | | | | |
| **Employee:** ▉ | | | | SSN: ▉ | | | | | | |
| Regular | 80.00 | 83.4300 | 6,674.40 | FED SOCSEC | 413.81 | | | 6,103.74 | FED SOCSEC-ER | 413.81 |
| | 80.00 | | 6,674.40 | FED MEDCARE | 96.78 | | | | FED MEDCARE-ER | 96.78 |
| | | | | CA SDI | 60.07 | | | | | 510.59 |
| | | | | | 570.66 | | | | | |
| Check Date: 07/28/2023 / Check / Check No: 51877  $6,103.74 | | | | | | | | | | |
| **Employee:** ▉ | | | | SSN: ▉ | | | | | | |
| Regular | 80.00 | 72.1200 | 5,769.60 | FED FIT | 919.93 | 401(k) plan % | 346.17 | 3,613.20 | FED SOCSEC-ER | 357.72 |
| | 80.00 | | 5,769.60 | FED SOCSEC | 357.71 | | 346.17 | | FED MEDCARE-ER | 83.66 |
| | | | | FED MEDCARE | 83.66 | | | | | 441.38 |
| | | | | CA SIT | 397.00 | | | | | |
| | | | | CA SDI | 51.93 | | | | | |
| | | | | | 1,810.23 | | | | | |
| Check Date: 07/28/2023 / Check / Check No: 51878  $3,613.20 | | | | | | | | | | |
| **Employee:** ▉ | | | | SSN: ▉ | | | | | | |
| Regular | 80.00 | 94.4600 | 7,556.80 | FED SOCSEC | 468.53 | | | 6,910.68 | FED SOCSEC-ER | 468.52 |
| | 80.00 | | 7,556.80 | FED MEDCARE | 109.58 | | | | FED MEDCARE-ER | 109.57 |
| | | | | CA SDI | 68.01 | | | | | 578.09 |
| | | | | | 646.12 | | | | | |
| Check Date: 07/28/2023 / Check / Check No: 51879  $6,910.68 | | | | | | | | | | |
| **Employee:** ▉ | | | | SSN: ▉ | | | | | | |
| Regular | 80.00 | 98.3200 | 7,865.60 | FED FIT | 1,266.97 | 401(k) plan $ | 500.00 | 4,860.07 | FED SOCSEC-ER | 487.67 |
| | 80.00 | | 7,865.60 | FED SOCSEC | 487.66 | | 500.00 | | FED MEDCARE-ER | 114.05 |
| | | | | FED MEDCARE | 114.05 | | | | | 601.72 |
| | | | | CA SIT | 566.06 | | | | | |
| | | | | CA SDI | 70.79 | | | | | |
| | | | | | 2,505.53 | | | | | |
| Check Date: 07/28/2023 / Check / Check No: 51880  $4,860.07 | | | | | | | | | | |

Company: CPI Luxury Group
Check date: 7/28/2023 - Payroll 1
Pay Period: 07/15/2023 to: 07/28/2023

3 of 7
Run Number: 0094

Date Printed: 07/27/2023 13:34
26586623 - KF/76U

14

## Payroll Details

| Description | Hours | Rate | Amount | Tax | Amount | Deduction | Amount | Net Pay | Liability | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| **Employee:** | | | | **SSN:** | | | | | | |
| Regular | 80.00 | 45.4300 | 3,634.40 | FED FIT | 251.67 | 401(k) loan | 167.75 | 2,833.41 | FED SOCSEC-ER | 225.33 |
| | 80.00 | | 3,634.40 | FED SOCSEC | 225.33 | | 167.75 | | FED MEDCARE-ER | 52.70 |
| | | | | FED MEDCARE | 52.70 | | | | | 278.03 |
| | | | | CA SIT | 70.83 | | | | | |
| | | | | CA SDI | 32.71 | | | | | |
| | | | | | 633.24 | | | | | |

Check Date: 07/28/2023 / Check / Check No: 51881  $2,833.41

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Employee:** | | | | **SSN:** | | | | | | |
| Regular | 80.00 | 24.0400 | 1,923.20 | FED FIT | 86.01 | | | 1,615.53 | FED SOCSEC-ER | 119.24 |
| | 80.00 | | 1,923.20 | FED SOCSEC | 119.24 | | | | FED MEDCARE-ER | 27.89 |
| | | | | FED MEDCARE | 27.89 | | | | | 147.13 |
| | | | | CA SIT | 57.22 | | | | | |
| | | | | CA SDI | 17.31 | | | | | |
| | | | | | 307.67 | | | | | |

Check Date: 07/28/2023 / Check / Check No: 51882  $1,615.53

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Employee:** | | | | **SSN:** | | | | | | |
| Regular | 80.00 | 32.2100 | 2,576.80 | FED FIT | 357.94 | | | 1,950.17 | FED SOCSEC-ER | 164.25 |
| Overtime | 1.50 | 48.3150 | 72.47 | FED SOCSEC | 164.26 | | | | FED MEDCARE-ER | 38.41 |
| | 81.50 | | 2,649.27 | FED MEDCARE | 38.41 | | | | | 202.66 |
| | | | | CA SIT | 114.64 | | | | | |
| | | | | CA SDI | 23.85 | | | | | |
| | | | | | 699.10 | | | | | |

Check Date: 07/28/2023 / Check / Check No: 51883  $1,950.17

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Employee:** | | | | **SSN:** | | | | | | |
| Regular | 72.00 | 31.2500 | 2,250.00 | FED FIT | 238.29 | | | 1,845.33 | FED SOCSEC-ER | 151.16 |
| Vacation | 3.68 | 31.2500 | 115.00 | FED SOCSEC | 151.16 | | | | FED MEDCARE-ER | 35.35 |
| Sick | 2.34 | 31.2500 | 73.13 | FED MEDCARE | 35.35 | | | | | 186.51 |
| | 78.02 | | 2,438.13 | CA SIT | 146.06 | | | | | |
| | | | | CA SDI | 21.94 | | | | | |
| | | | | | 592.80 | | | | | |

Check Date: 07/28/2023 / Check / Check No: 51884  $1,845.33

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Employee:** | | | | **SSN:** | | | | | | |
| Regular | 80.00 | 42.5800 | 3,406.40 | FED FIT | 451.74 | | | 2,472.76 | FED SOCSEC-ER | 211.20 |
| | 80.00 | | 3,406.40 | FED SOCSEC | 211.20 | | | | FED MEDCARE-ER | 49.39 |
| | | | | FED MEDCARE | 49.40 | | | | | 260.59 |
| | | | | CA SIT | 190.65 | | | | | |
| | | | | CA SDI | 30.65 | | | | | |
| | | | | | 933.64 | | | | | |

Company: CPI Luxury Group                    4  of  7                    Date Printed: 07/27/2023 13:34
Check date: 7/28/2023 - Payroll 1            Run Number: 0094                    26586623 - KF/76U
Pay Period: 07/15/2023 to: 07/28/2023

15

## Payroll Details

| Hours and Earnings | | | | Taxes | | Deductions | | | Employer | |
|---|---|---|---|---|---|---|---|---|---|---|
| Description | Hours | Rate | Amount | Tax | Amount | Deduction | Amount | Net Pay | Liability | Amount |

**Check Date: 07/28/2023 / Check / Check No: 51885   $2,472.76**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Employee: ▮ | | | | SSN: ▮ | | | | | | |
| Regular | 16.00 | 43.2700 | 692.32 | FED FIT | 463.88 | | | 2,517.29 | FED SOCSEC-ER | 214.62 |
| Vacation | 64.00 | 43.2700 | 2,769.28 | FED SOCSEC | 214.62 | | | | FED MEDCARE-ER | 50.19 |
| | 80.00 | | 3,461.60 | FED MEDCARE | 50.20 | | | | | 264.81 |
| | | | | CA SIT | 184.45 | | | | | |
| | | | | CA SDI | 31.16 | | | | | |
| | | | | | 944.31 | | | | | |

**Check Date: 07/28/2023 / Check / Check No: 51886   $2,517.29**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Employee: ▮ | | | | SSN: ▮ | | | | | | |
| Regular | 64.00 | 31.2500 | 2,000.00 | FED FIT | 194.92 | | | 1,995.75 | FED SOCSEC-ER | 155.00 |
| Sick | 16.00 | 31.2500 | 500.00 | FED SOCSEC | 155.00 | | | | FED MEDCARE-ER | 36.25 |
| | 80.00 | | 2,500.00 | FED MEDCARE | 36.25 | | | | | 191.25 |
| | | | | CA SIT | 95.58 | | | | | |
| | | | | CA SDI | 22.50 | | | | | |
| | | | | | 504.25 | | | | | |

**Check Date: 07/28/2023 / Check / Check No: 51887   $1,995.75**

**Department Totals: 2 - Staff**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Regular | 1,408.00 | | $62,422.32 | FED FIT | $5,907.87 | 401(k) plan $ | $525.00 | $50,277.43 | FED SOCSEC-ER | $4,111.57 |
| Overtime | 1.50 | | $72.47 | FED SOCSEC | $4,111.58 | 401(k) plan % | $1,314.63 | | FED MEDCARE-ER | $961.57 |
| Vacation | 78.76 | | $3,199.73 | FED MEDCARE | $961.59 | 401(k) loan | $211.89 | | | $5,073.14 |
| Sick | 19.88 | | $621.26 | CA SIT | $2,408.95 | | $2,051.52 | | | |
| | 1,508.14 | | $66,315.78 | CA SDI | $596.84 | | | | | |
| | | | | | $13,986.83 | | | | | |

**Total Employees - 2 - Staff: 19**

**Department: 3 - Stringing**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Employee: ▮ | | | | SSN: ▮ | | | | | | |
| Regular | 45.00 | 18.0000 | 810.00 | FED FIT | 140.11 | | | 1,146.74 | FED SOCSEC-ER | 89.28 |
| Vacation | 35.00 | 18.0000 | 630.00 | FED SOCSEC | 89.28 | | | | FED MEDCARE-ER | 20.88 |
| | 80.00 | | 1,440.00 | FED MEDCARE | 20.88 | | | | | 110.16 |
| | | | | CA SIT | 30.03 | | | | | |
| | | | | CA SDI | 12.96 | | | | | |
| | | | | | 293.26 | | | | | |

**Check Date: 07/28/2023 / Check / Check No: 51888   $1,146.74**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Employee: ▮ | | | | SSN: ▮ | | | | | | |
| Regular | 80.00 | 18.0000 | 1,440.00 | FED FIT | 54.00 | | | 1,244.70 | FED SOCSEC-ER | 89.28 |
| | 80.00 | | 1,440.00 | FED SOCSEC | 89.28 | | | | FED MEDCARE-ER | 20.88 |
| | | | | FED MEDCARE | 20.88 | | | | | 110.16 |
| | | | | CA SIT | 18.18 | | | | | |

Company: CPI Luxury Group                          5  of  7                          Date Printed: 07/27/2023 13:34
Check date: 7/28/2023 - Payroll 1                  Run Number: 0094                    26586623 - KF/76U
Pay Period: 07/15/2023 to: 07/28/2023

16

**Payroll Details**

| Hours and Earnings | | | | Taxes | | Deductions | | Net Pay | Employer | |
|---|---|---|---|---|---|---|---|---|---|---|
| Description | Hours | Rate | Amount | Tax | Amount | Deduction | Amount | | Liability | Amount |
| | | | | CA SDI | 12.96 | | | | | |
| | | | | | 195.30 | | | | | |

Check Date: 07/28/2023 / Check / Check No: 51889  $1,244.70

| Employee: ▮ | | | | SSN: ▮ | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Regular | 80.00 | 19.0000 | 1,520.00 | FED FIT | 97.17 | | | 1,272.38 | FED SOCSEC-ER | 94.24 |
| | 80.00 | | 1,520.00 | FED SOCSEC | 94.24 | | | | FED MEDCARE-ER | 22.04 |
| | | | | FED MEDCARE | 22.04 | | | | | 116.28 |
| | | | | CA SIT | 20.49 | | | | | |
| | | | | CA SDI | 13.68 | | | | | |
| | | | | | 247.62 | | | | | |

Check Date: 07/28/2023 / Check / Check No: 51890  $1,272.38

| Employee: ▮ | | | | SSN: ▮ | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Regular | 80.00 | 18.0000 | 1,440.00 | FED FIT | 2.25 | | | 1,445.49 | FED SOCSEC-ER | 98.21 |
| Misc pay | 0.00 | | 144.00 | FED SOCSEC | 98.21 | | | | FED MEDCARE-ER | 22.97 |
| | 80.00 | | 1,584.00 | FED MEDCARE | 22.97 | | | | | 121.18 |
| | | | | CA SIT | 0.82 | | | | | |
| | | | | CA SDI | 14.26 | | | | | |
| | | | | | 138.51 | | | | | |

Check Date: 07/28/2023 / Check / Check No: 51891  $1,445.49

| Employee: ▮ | | | | SSN: ▮ | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Regular | 80.00 | 18.0000 | 1,440.00 | FED FIT | 57.16 | 401(k) plan % | 691.20 | 560.72 | FED SOCSEC-ER | 89.28 |
| | 80.00 | | 1,440.00 | FED SOCSEC | 89.28 | | 691.20 | | FED MEDCARE-ER | 20.88 |
| | | | | FED MEDCARE | 20.88 | | | | | 110.16 |
| | | | | CA SIT | 7.80 | | | | | |
| | | | | CA SDI | 12.96 | | | | | |
| | | | | | 188.08 | | | | | |

Check Date: 07/28/2023 / Check / Check No: 51892  $560.72

| Employee: ▮ | | | | SSN: ▮ | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Regular | 80.00 | 18.0000 | 1,440.00 | FED FIT | 144.97 | | | 1,177.15 | FED SOCSEC-ER | 91.79 |
| Overtime | 1.50 | 27.0000 | 40.50 | FED SOCSEC | 91.79 | | | | FED MEDCARE-ER | 21.47 |
| | 81.50 | | 1,480.50 | FED MEDCARE | 21.46 | | | | | 113.26 |
| | | | | CA SIT | 31.81 | | | | | |
| | | | | CA SDI | 13.32 | | | | | |
| | | | | | 303.35 | | | | | |

Check Date: 07/28/2023 / Check / Check No: 51893  $1,177.15

| Employee: ▮ | | | | SSN: ▮ | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Regular | 80.00 | 18.0000 | 1,440.00 | FED FIT | 140.11 | | | 1,146.74 | FED SOCSEC-ER | 89.28 |
| | 80.00 | | 1,440.00 | FED SOCSEC | 89.28 | | | | FED MEDCARE-ER | 20.88 |
| | | | | | | | | | | 110.16 |

Company: CPI Luxury Group
Check date: 7/28/2023 - Payroll 1
Pay Period: 07/15/2023 to: 07/28/2023

6  of  7
Run Number: 0094

Date Printed: 07/27/2023 13:34
26586623 - KF/76U

17

**Payroll Details**

| Hours and Earnings | | | | Taxes | | Deductions | | Net Pay | Employer | |
|---|---|---|---|---|---|---|---|---|---|---|
| Description | Hours | Rate | Amount | Tax | Amount | Deduction | Amount | | Liability | Amount |
| | | | | FED | 20.88 | | | | | |
| | | | | MEDCARE | | | | | | |
| | | | | CA SIT | 30.03 | | | | | |
| | | | | CA SDI | 12.96 | | | | | |
| | | | | | 293.26 | | | | | |

Check Date: 07/28/2023 / Check / Check No: 51894   $1,146.74

| Hours and Earnings | | | | Taxes | | Deductions | | Net Pay | Employer | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Department Totals: 3 - Stringing** | | | | | | | | | | |
| Regular | 525.00 | | $9,530.00 | FED FIT | $635.77 | 401(k) plan % | $691.20 | $7,993.92 | FED SOCSEC-ER | $641.36 |
| Overtime | 1.50 | | $40.50 | FED SOCSEC | $641.36 | | $691.20 | | FED MEDCARE-ER | $150.00 |
| Vacation | 35.00 | | $630.00 | FED | $149.99 | | | | | $791.36 |
| Misc pay | 0.00 | | $144.00 | MEDCARE | | | | | | |
| | 561.50 | | $10,344.50 | CA SIT | $139.16 | | | | | |
| | | | | CA SDI | $93.10 | | | | | |
| | | | | | $1,659.38 | | | | | |
| **Total Employees - 3 - Stringing: 7** | | | | | | | | | | |
| **Pay Frequency Totals: Biweekly** | | | | | | | | | | |
| Regular | 2,093.00 | | $83,202.72 | FED FIT | $6,543.64 | 401(k) plan $ | $525.00 | $68,559.85 | FED SOCSEC-ER | $5,450.45 |
| Overtime | 3.00 | | $112.97 | FED SOCSEC | $5,450.46 | 401(k) plan % | $2,005.83 | | FED MEDCARE-ER | $1,274.70 |
| Vacation | 113.76 | | $3,829.73 | FED | $1,274.71 | 401(k) loan | $211.89 | | | $6,725.15 |
| Sick | 19.88 | | $621.26 | MEDCARE | | | $2,742.72 | | | |
| Misc pay | 0.00 | | $144.00 | CA SIT | $2,548.11 | | | | | |
| | 2,229.64 | | $87,910.68 | CA SDI | $791.19 | | | | | |
| | | | | | $16,608.11 | | | | | |
| **Total Employees - Biweekly: 28** | | | | | | | | | | |
| **Company Totals:** | | | | | | | | | | |
| Regular | 2,093.00 | | $83,202.72 | FED FIT | $6,543.64 | 401(k) plan $ | $525.00 | $68,559.85 | FED SOCSEC-ER | $5,450.45 |
| Overtime | 3.00 | | $112.97 | FED SOCSEC | $5,450.46 | 401(k) plan % | $2,005.83 | | FED MEDCARE-ER | $1,274.70 |
| Vacation | 113.76 | | $3,829.73 | FED | $1,274.71 | 401(k) loan | $211.89 | | | $6,725.15 |
| Sick | 19.88 | | $621.26 | MEDCARE | | | $2,742.72 | | | |
| Misc pay | 0.00 | | $144.00 | CA SIT | $2,548.11 | | | | | |
| | 2,229.64 | | $87,910.68 | CA SDI | $791.19 | | | | | |
| | | | | | $16,608.11 | | | | | |
| **Total Employees - Company: 28** | | | | | | | | | | |

Company: CPI Luxury Group                    7  of  7                    Date Printed: 07/27/2023 13:34
Check date: 7/28/2023 - Payroll 1            Run Number: 0094            26586623 - KF/76U
Pay Period: 07/15/2023 to: 07/28/2023

18

# EXHIBIT 1-B

CPI Luxury Group
PTO Liability as of 7/28/2023.

**Paid Time Off Plan:**

| Employee | Accrued Sick Hrs | Accrued Vac Hrs | Total Accrued PTO | Annual Salary | Hourly Rate | Outstanding PTO Liability |
|---|---|---|---|---|---|---|
| Employee # 1 | 20.22 | 8.52 | 28.74 | 57,000 | 27.40 | 787.59 |
| Employee # 2 | 13.86 | 19.72 | 33.58 | 45,000 | 21.63 | 726.49 |
| Employee # 3 | 7.10 | 6.20 | 13.30 | 105,000 | 50.48 | 671.39 |
| Employee # 4 | 24.70 | 196.40 | 221.10 | 75,000 | 36.06 | 7,972.36 |
| Employee # 5 | 28.08 | 50.16 | 78.24 | 41,600 | 20.00 | 1,564.80 |
| Employee # 6 | 76.72 | 24.50 | 101.22 | 37,440 | 18.00 | 1,821.96 |
| Employee # 7 | 2.62 | 3.56 | 6.18 | 50,000 | 24.04 | 148.56 |
| Employee # 8 | 15.84 | 103.68 | 119.52 | 50,000 | 24.04 | 2,873.08 |
| Employee # 9 | 88.04 | 143.05 | 231.09 | 150,000 | 72.12 | 16,665.14 |
| Employee # 10 | 82.42 | 200.84 | 283.26 | 37,440 | 18.00 | 5,098.68 |
| Employee # 11 | 8.60 | 3.08 | 11.68 | 70,000 | 33.65 | 393.08 |
| Employee # 12 | 84.72 | 160.56 | 245.28 | 94,500 | 45.43 | 11,143.73 |
| Employee # 13 | 4.70 | 10.88 | 15.58 | 50,000 | 24.04 | 374.52 |
| Employee # 14 | 6.24 | 67.83 | 74.07 | 39,520 | 19.00 | 1,407.33 |
| Employee # 15 | 2.62 | 3.24 | 5.86 | 37,440 | 18.00 | 105.48 |
| Employee # 16 | 5.86 | 27.72 | 33.58 | 37,440 | 18.00 | 604.44 |
| Employee # 17 | 102.20 | 157.82 | 260.02 | 37,440 | 18.00 | 4,680.36 |
| Employee # 18 | 109.12 | 100.47 | 209.59 | 67,000 | 32.21 | 6,751.22 |
| Employee # 19 | 18.48 | 16.96 | 35.44 | 88,568 | 42.58 | 1,509.06 |
| Employee # 20 | 130.89 | 3.82 | 134.71 | 90,000 | 43.27 | 5,828.80 |
| Employee # 21 | 71.18 | 98.32 | 169.50 | 65,000 | 31.25 | 5,296.88 |
| Employee # 22 | 79.58 | 162.02 | 241.60 | 37,440 | 18.00 | 4,348.80 |
| | **983.79** | **1,569.35** | **2,553.14** | | | **80,773.73** |

EXHIBIT 2

### *CPI LUXURY GROUP - 13 WEEK BUDGET*

| CPI Luxury Group - 13 Week Cash Collateral Budget | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Week.Year | 31.2023 | 32.2023 | 33.2023 | 34.2023 | 35.2023 | 36.2023 | 37.2023 | 38.2023 | 39.2023 | 40.2023 | 41.2023 | 42.2023 | 43.2023 | |
| Week # | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 13-Week |
| Week Ending | 8/4/2023 | 8/11/2023 | 8/18/2023 | 8/25/2023 | 9/1/2023 | 9/8/2023 | 9/15/2023 | 9/22/2023 | 9/29/2023 | 10/6/2023 | 10/13/2023 | 10/20/2023 | 10/27/2023 | Total |
| **Net Sales** | 175,000 | 125,000 | 155,000 | 175,000 | 225,000 | 235,000 | 250,000 | 200,000 | 250,000 | 300,000 | 250,000 | 300,000 | 350,000 | 2,990,000 |
| **Weekly Cash Flow** | | | | | | | | | | | | | | |
| **Receipts** | | | | | | | | | | | | | | |
| A/R Collections | 125,000 | 85,000 | 170,000 | 175,000 | 150,000 | 225,000 | 175,000 | 225,000 | 250,000 | 275,000 | 300,000 | 275,000 | 275,000 | 2,705,000 |
| Non A/R Collections - DIP | - | 450,000 | - | - | - | - | - | - | 1,500,000 | - | - | - | - | 1,950,000 |
| **Total Receipts** | 125,000 | 535,000 | 170,000 | 175,000 | 150,000 | 225,000 | 175,000 | 225,000 | 1,750,000 | 275,000 | 300,000 | 275,000 | 275,000 | 4,655,000 |
| Cumulative Receipts | 125,000 | 660,000 | 830,000 | 1,005,000 | 1,155,000 | 1,380,000 | 1,555,000 | 1,780,000 | 3,530,000 | 3,805,000 | 4,105,000 | 4,380,000 | 4,655,000 | 4,655,000 |
| **Operating Disbursements** | | | | | | | | | | | | | | |
| Inventory & Raw Material | 55,000 | 75,000 | 100,000 | 100,000 | 150,000 | 125,000 | 150,000 | 150,000 | 150,000 | 150,000 | 200,000 | 200,000 | 200,000 | 1,805,000 |
| Rent | - | - | 35,000 | - | - | 35,000 | - | 35,000 | - | 35,000 | - | 35,000 | - | 175,000 |
| Telephone System | - | - | 3,500 | - | 3,000 | - | - | - | - | 3,000 | - | - | - | 9,500 |
| Payroll | - | 94,636 | - | 94,636 | - | 94,636 | - | 94,636 | - | 94,636 | - | 94,636 | - | 567,815 |
| Payroll Services | - | 365 | - | 365 | - | - | 365 | - | 365 | - | 365 | - | 365 | 2,190 |
| Employee Benefits | - | - | - | 18,000 | | - | - | 18,000 | - | - | - | - | 18,000 | 54,000 |
| Workman's Comp Insurance | - | - | 1,500 | - | - | - | - | 1,500 | - | - | - | 1,500 | - | 4,500 |
| Vehicle | - | - | 2,000 | - | 2,000 | - | 2,000 | - | 2,000 | - | 1,000 | 1,000 | 1,000 | 11,000 |
| Insurance - General Liability | - | - | - | 2,450 | - | - | - | - | 2,450 | - | - | - | 2,450 | 7,350 |
| Utilities - Water, Electricity, Gas, etc | - | - | - | - | 5,000 | - | - | - | - | 5,000 | - | - | - | 10,000 |
| Office Supplies | 2,300 | 2,000 | 1,500 | 2,000 | - | 2,000 | 2,000 | 2,000 | 2,000 | - | 2,000 | 2,000 | 2,000 | 21,800 |
| Travel | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 19,500 |
| Meals & Entertainment | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 13,000 |
| County Tax | - | - | - | - | 1,700 | - | - | - | - | 1,700 | - | - | - | 3,400 |
| Franchise Tax | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| J Block, Co-op, EDI, Freight | 5,580 | 17,579 | 8,931 | 17,844 | 21,822 | 18,213 | 23,148 | 24,707 | 27,074 | 22,191 | 30,077 | 20,865 | 23,381 | 255,830 |
| Cushion / Reserve | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Operating Disbursements** | 65,380 | 192,079 | 154,931 | 237,795 | 186,022 | 277,349 | 180,013 | 328,342 | 186,389 | 314,027 | 235,942 | 357,501 | 249,696 | 2,965,465 |
| | | | | | | | | | | | | | | - |
| **Net Cash Flow** | 59,620 | 342,921 | 15,069 | (62,795) | (36,022) | (52,349) | (5,013) | (103,342) | 1,563,611 | (39,027) | 64,058 | (82,501) | 25,305 | 1,689,535 |
| *Cumulative Operating Cash Flow* | 59,620 | 402,541 | 417,610 | 354,815 | 318,793 | 266,444 | 261,432 | 158,089 | 1,721,700 | 1,682,674 | 1,746,732 | 1,664,231 | 1,689,535 | 1,689,535 |

### CPI LUXURY GROUP - 13 WEEK BUDGET

| | | | | | | | | | | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Non-Operating Disbursements** | | | | | | | | | | | | | | |
| EWB - Adequate Protection Payment | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Key Employee Retention Program (KERP) | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Creditor Committee Legal & FA Fees | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| US Trustee Fee | - | - | - | - | - | - | - | - | - | - | - | 15,000 | - | 15,000 |
| Professional Fee Reserve | - | - | - | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 100,000 |
| Los Angeles County - Taxes | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Non-Operating Disbursements | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Non-Operating Disbursements** | - | - | - | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 25,000 | 10,000 | 115,000 |
| *Cumulative Net Cash Flow* | 59,620 | 402,541 | 417,610 | 344,815 | 308,793 | 256,444 | 251,432 | 148,089 | 1,711,700 | 1,672,674 | 1,736,732 | 1,639,231 | 1,679,535 | 1,679,535 |
| | | | | | | | | | | | | | | |
| **Cash Balance** | | | | | | | | | | | | | | |
| Beginning Balance | 90,000 | 149,620 | 492,541 | 507,610 | 444,815 | 408,793 | 356,444 | 351,432 | 248,089 | 1,811,700 | 1,772,674 | 1,836,732 | 1,754,231 | 10,224,680 |
| Net Cash Flow | 59,620 | 342,921 | 15,069 | (62,795) | (36,022) | (52,349) | (5,013) | (103,342) | 1,563,611 | (39,027) | 64,058 | (82,501) | 25,305 | 1,689,535 |
| Other / Adjustment | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Ending Cash Balance** | 149,620 | 492,541 | 507,610 | 444,815 | 408,793 | 356,444 | 351,432 | 248,089 | 1,811,700 | 1,772,674 | 1,836,732 | 1,754,231 | 1,779,535 | 1,779,535 |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

ArentFox Schiff LLP, Gas Company Tower, 555 West Fifth Street, 48th Floor, Los Angeles, CA 90013.

A true and correct copy of the foregoing document entitled (*specify*): **DECLARATION OF DAVID MICKELSON IN SUPPORT OF EMERGENCY "FIRST DAY" MOTIONS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) **07/31/2023** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:  On (*date*) **_____**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **07/31/2023,** I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**JUDGE (via overnight mail)**

Honorable Victoria S. Kaufman
United States Bankruptcy Court
21041 Burbank Boulevard, Suite 354
Woodland Hills, CA 91367

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 07/31/2021 | YVONNE LI | /s/ Yvonne Li |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

1. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>:

Katherine Bunker on behalf of U.S. Trustee United States Trustee (SV)
kate.bunker@usdoj.gov

M Douglas Flahaut on behalf of Debtor CPI Luxury Group
flahaut.douglas@arentfox.com

Aram Ordubegian on behalf of Debtor CPI Luxury Group
ordubegian.aram@arentfox.com

United States Trustee (SV)
ustpregion16.wh.ecf@usdoj.gov

Christopher K.S. Wong on behalf of Debtor CPI Luxury Group
christopher.wong@afslaw.com, yvonne.li@arentfox.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.