SCOTT O. SMITH (SBN: 62839)
BRIAN T. HARVEY (SBN: 238991)
BUCHALTER
A Professional Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-1730
Telephone: 213.891.0700
Fax: 213.896.0400
Email: bharvey@buchalter.com
ssmith@buchalter.com

Attorneys for Secured Creditor
EAST WEST BANK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SAN FERNANDO DIVISION

| | |
|---|---|
| In re<br><br>CPI LUXURY GROUP, a California corporation,<br><br>            Debtor and Debtor-in-Possession. | Case No. 1:23-bk-11059-VK<br><br>Chapter 11<br><br>**DECLARATION OF ROBERT MOSTERT IN SUPPORT OF EAST WEST BANK'S OBJECTION TO DEBTOR'S EMERGENCY MOTION FOR INTERIM AND FINAL ORDERS AUTHORIZING USE OF CASH COLLATERAL**<br><br>[Objection concurrently filed herewith]<br><br><u>Emergency Hearing</u>:<br><br>Date:     August 7, 2023<br>Time:    2:00 p.m.<br>Place:    Courtroom 301<br>           21041 Burbank Blvd<br>           Woodland Hills, CA 91367 |

BUCHALTER
A PROFESSIONAL CORPORATION
LOS ANGELES

**DECLARATION OF ROBERT MOSTERT IN SUPPORT OF EAST WEST BANK'S
OBJECTION TO DEBTOR'S EMERGENCY MOTION FOR USE OF CASH COLLATERAL**

# DECLARATION OF ROBERT MOSTERT

I, Robert Mostert, declare as follows:

1. I am the First Vice President of the Special Assets division for East West Bank ("EWB"). In that capacity, I am responsible for overseeing the administration and management of certain credit facilities and the enforcement of EWB's rights thereunder. I am one of the custodians of the documents, agreements, files, and records of EWB as they pertain to transactions between EWB and its borrowers. I am over 18 years of age.

2. This Declaration is in support of EWB's concurrently filed objection (the "Objection") to the *Emergency Motion for Interim and Final Orders Authorizing Use of Cash Collateral* (the "Motion") filed by CPI Luxury Group, as debtor and debtor in possession in the above-captioned chapter 11 case (the "Debtor").

3. The following facts are true to the best of my own personal knowledge, except where stated on information and belief, and as to those facts, I believe them to be true. If called as a witness, I could and would testify competently to the facts set forth herein.

4. In the ordinary course of its business and consistent with its policies and procedures, a record of all contracts and agreements to which EWB is a party (collectively, the "Records") is maintained by EWB. I am informed and believe that (i) the Records constitute writings taken or made and kept in the course of the regularly conducted business activity of EWB; (ii) it is the regular practice of EWB to have these Records made, kept, and preserved; (iii) such Records are made at or near the time of the acts or events recorded, by employees or contractors of EWB with a business duty to do so; and (iv) are made by, or are made from information transmitted by employees or contractors of EWB with personal knowledge of the acts and events recorded therein and with a business duty to so record such acts and events. EWB operates in reliance upon these procedures. The information provided in support of this Declaration was taken from those Records, documents and information provided by EWB.

5. In the ordinary course of its business, EWB maintains written records of all sums loaned and advanced to customers, payments made by customers on account, interest and charges

1

BUCHALTER
A PROFESSIONAL CORPORATION
LOS ANGELES

DECLARATION OF ROBERT MOSTERT IN SUPPORT OF EAST WEST BANK'S
OBJECTION TO DEBTOR'S EMERGENCY MOTION FOR USE OF CASH COLLATERAL

of the balance owing. This information is maintained by and retrieved from computers which are programmed for the above purposes. On or about the date any sum is loaned or advanced to a customer, a written record is made of the amount of the loan and its terms by EWB's employees who act pursuant to EWB's normal operating procedures. It is the practice of these employees to make a computerized record on or near the date any payment is received from a customer and to credit the same against the amounts due and owing under the particular loan agreement with that customer. EWB operates in reliance upon this procedure and the accuracy of the written records generated thereby.

6. As of the date of this Declaration, I have reviewed the Records relating to EWB's dealings with the Debtor. Based upon that review, my familiarity with EWB's practices and procedures, the Records relating to EWB's business dealings with the Debtor, and my knowledge of and involvement with the transactions at issue, I could and would testify competently thereto.

7. On June 30, 2016, EWB, as lender, and the Debtor, as borrower, executed that certain Loan and Security Agreement (as amended from time to time, the "Loan Agreement") pursuant to which EWB provided Debtor a secured revolving credit facility (the "Loan").[1]

8. To secure repayment and performance by the Debtor of its obligations under the Loan Agreement, the Debtor granted to EWB a security interest in certain described personal property assets, including but not limited to, all inventory, deposit accounts, chattel paper, accounts, equipment, general intangibles, all as more particularly described therein (collectively, the "Collateral"). EWB perfected its security interest in the Collateral by filing a UCC Financing Statement with the California Secretary of State on June 30, 2016, filing number 167533695580.

9. Events of Default[2] occurred under the terms of the Loan Agreement and, as a result, the Debtor executed a Forbearance Agreement dated September 9, 2021, which was amended from time to time, culminating in the execution of an Amended and Restated

---

[1] The Loan Agreement and related documents are voluminous and already in the possession of the Debtor. Copies are available to the Court and other parties in interest upon request.
[2] Capitalized terms not defined herein shall have the same meaning ascribed to them in the Objection.

1 Forbearance Agreement dated as of May 31, 2022 (as amended from time to time, the "Forbearance Agreement").

10. Continuing Events of Default occurred and on July 3, 2023 EWB sent and delivered to the Debtor a Notice of Continuation of Events of Default, Day to Day Forbearance and Reservation of Rights letter (the "Day to Day Forbearance"). On July 24, 2023, EWB notified the Debtor that the Day to Day Forbearance was terminated, the Indebtedness owed to EWB was accelerated and immediately due and payable, and EWB would exercise its rights and remedies under the Loan Documents.

11. As of July 28, 2023, the Debtor owed obligations to EWB pursuant to the terms of the Loan Agreement in an amount not less than $13,840,481.18.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 6, 2023, at Pasadena, California.

_____
ROBERT MOSTERT

BUCHALTER
A PROFESSIONAL CORPORATION
LOS ANGELES

3

DECLARATION OF ROBERT MOSTERT IN SUPPORT OF EAST WEST BANK'S
OBJECTION TO DEBTOR'S EMERGENCY MOTION FOR USE OF CASH COLLATERAL

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
BUCHALTER, 1000 Wilshire Blvd., Suite 1500, Los Angeles, CA 90017

A true and correct copy of the foregoing document entitled (*specify*): DECLARATION OF ROBERT MOSTERT IN SUPPORT OF EAST WEST BANK'S OBJECTION TO DEBTOR'S EMERGENCY MOTION FOR INTERIM AND FINAL ORDERS AUTHORIZING USE OF CASH COLLATERAL

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 8/7/2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Katherine Bunker    kate.bunker@usdoj.gov
- M Douglas Flahaut    flahaut.douglas@arentfox.com
- Brian T Harvey    bharvey@buchalter.com, IFS_filing@buchalter.com;dbodkin@buchalter.com
- Aram Ordubegian    ordubegian.aram@arentfox.com
- Scott O Smith    ssmith@buchalter.com, lverstegen@buchalter.com;docket@buchalter.com
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
- Christopher K.S. Wong    christopher.wong@afslaw.com, yvonne.li@arentfox.com

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) August 7, 2023, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**PERSONAL DELIVERY**
Honorable Victoria S. Kaufman - United States Bankruptcy Court
Central District of California
21041 Burbank Boulevard, Suite 354 / Courtroom 301
Woodland Hills, CA 91367

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 8/7/2023 | Debby Bodkin | /s/ Debby Bodkin |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

SERVICE LIST

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*)  August 7, 2023, I served the following  persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA EMAIL**:

U.S. Trustee (SF)
Katherine Bunker
915 Wilshire Blvd., Ste. 1850
Los Angeles, CA 90017
213-894-3326
Email: kate.bunker@usdoj.gov

M Douglas Flahaut
Arent Fox, LLP
555 W Fifth St
48th fl
Los Angeles, CA 90013
213-443-7559
Email: flahaut.douglas@arentfox.com

Aram Ordubegian
ArentFox Schiff LLP
555 West 5th Street
Floor 48
Los Angeles, CA 90013
213-629-7410
Email: ordubegian.aram@arentfox.com

Christopher K.S. Wong
ArentFox Schiff LLP
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013-1065
213-629-7400
Email: christopher.wong@afslaw.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**